UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SALES RESOURCE, INC., d/b/a Resource One, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:08cv0732 TCM ) |
| ALLIANCE FOODS, INC., and MORAN FOODS, INC., d/b/a Save-A-Lot, Ltd., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the Court on Plaintiff's consent motion for protective order. Attached to the motion is the proposed protective order. In paragraph number 15, the proposed protective order includes phrase providing that the "Order is without prejudice to the right of the parties to bring before the Court *at any time*" a question of the applicability of the order. In paragraph number 19, the proposed protective order includes the clause "and the Court shall retain jurisdiction to resolve any dispute concerning the use of information disclosed hereunder."

These two provisions would arguably extend the Court's jurisdiction over this case after the underlying dispute is concluded; such a potential effect is unacceptable. Accordingly, the Court will strike out the above-quoted phrase in paragraph number 15 and provision in paragraph number 19 from the proposed protective order. Plaintiff's motion is **GRANTED** in all other respects. [Doc. 75]

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of August, 2008.