UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SALES RESOURCE, INC., d/b/a<br>RESOURCE ONE, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Case No. 4:08cv0732 TCM |
| ALLIANCE FOODS, INC., and<br>MORAN FOODS, INC., d/b/a<br>SAVE-A-LOT, INC., | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## ORDER

This action is before the Court on its own motion. Among the pending motions are several related to the designation of documents by plaintiff, Sales Resource, Inc., as "For Attorneys' Eyes Only," two motions to compel by defendant Alliance Foods, Inc., and a motion recently filed by Plaintiff for leave to file a second amended complaint. The parties are scheduled to appear before the Court at 9:00 a.m. on February 10, 2009, to discuss and resolve some of the issues presented in these motions.

The relevant motions, supporting memorandums, exhibits, and reply memorandums are in excess of 650 pages. Several of the issues appear to have already been either refined or resolved by the parties. Consequently, in the interests of judicial economy and the efficient use of the parties' and their counsel's time and effort,

**IT IS HEREBY ORDERED** that counsel are to prepare and file **before the close of business on Friday, February 6, 2009**, a joint statement of what issues remain to be

resolved in the motions docketed as numbers **[Doc. 79]**, **[Doc. 86]**, **[Doc. 90]**, **[Doc. 93]**, and **[Doc. 97]**.

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  3rd  day of February, 2009.