IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SALES RESOURCE, INC., ) <br> d/b/a RESOURCE ONE, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ALLIANCE FOODS, INC., ) <br> and ) <br> MORAN FOODS, INC., ) <br> d/b/a SAVE-A-LOT, LTD., ) <br> ) <br> Defendants. ) | Cause No. 4:08-cv-732 TCM |

MOTION: Granted ✓ / Denied ___ / Overruled ___
Date 2/4/09

## DEFENDANT ALLIANCE FOODS' MOTION TO FILE UNDER SEAL ALLIANCE'S MEMORANDUM IN SUPPORT OF ITS MOTION TO REMOVE PLAINTIFF RESOURCE ONE'S "ATTORNEYS' EYES ONLY" CONFIDENTIALITY DESIGNATION OF ITS INTERROGATORY RESPONSES

Defendant Alliance Foods, Inc., ("Alliance") respectfully requests that this Court grant Alliance leave to file *under seal* its memorandum in support of its Motion to Remove Plaintiff Sales Resource, Inc.'s ("Resource One") "Attorney's Eyes Only" Confidentiality Designation of its Interrogatory Responses. In support of this motion, Alliance states as follows:

1. The Protective Order issued in this case defines "Confidential, Attorney's Eyes Only" material as material of a "highly confidential nature, the disclosure of which would reasonably compromise the party's competitive standing." See Doc. 77 at p. 4.

2. Resource One labeled its entire responses to Alliance's First Set of Interrogatories as "Confidential, Attorney's Eyes Only" under the Protective Order. Resource One also labeled its entire responses to Defendant Moran Foods, Inc.'s ("Save-A-Lot") First Set of Interrogatories as "Confidential, Attorney's Eyes Only" under the Protective Order. Both sets of interrogatory responses are attached as exhibits to Alliance's memorandum in support.