UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SALES RESOURCE, INC., d/b/a RESOURCE ONE, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) | Case No. 4:08CV0732 TCM |
| ) ALLIANCE FOODS, INC., and ) ) and ) ) MORAN FOODS, INC., d/b/a ) SAVE-A-LOT, LTD., ) ) Defendants. ) | |

**MOTION:**
Granted ✓
Denied _____
Overruled _____
Date _____
_____ 2/4/09

## MORAN FOODS, INC., D/B/A SAVE-A-LOT, LTD.'S MOTION TO FILE UNDER SEAL SAVE-A-LOT'S JOINDER IN MOTION TO REMOVE PLAINTIFF'S "ATTORNEYS' EYES ONLY" CONFIDENTIALITY DESIGNATION OF ITS INTERROGATORY RESPONSES AND SEPARATE MOTION FOR INTERPRETATION OF PROTECTIVE ORDER

Defendant, Moran Foods, Inc., d/b/a Save-A-Lot, Ltd. ("Save-A-Lot"), respectfully requests that this Court grant Save-A-Lot leave to file under seal its Joinder In Motion To Remove Plaintiff's "Attorneys' Eyes Only" Confidentiality Designation of its Interrogatory Responses and Separate Motion for Interpretation of Protective Order. In support of this motion, Save-A-Lot states as follows:

1. The Protective Order issued in this case defines "Confidential, Attorney's Eyes Only" material as material of a "highly confidential nature, the disclosure of which would reasonably compromise the party's competitive standing." See Doc. 77 at p. 4.

2. Plaintiff Resource One labeled its entire responses to Defendant Alliance Foods, Inc.'s ("Alliance") First Set of Interrogatories as "Confidential, Attorney's Eyes Only" under the