IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SALES RESOURCE, INC., <br> d/b/a RESOURCE ONE, <br><br> Plaintiff <br><br> v. <br><br> ALLIANCE FOODS, INC., <br> and <br> MORAN FOODS, INC., <br> d/b/a SAVE-A-LOT, LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Cause No. 4:08-cv-732 TCM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION:**
Granted ✓
Denied _____
Overruled _____
Date _____
[signature] 2/4/09

## DEFENDANT ALLIANCE FOODS' MOTION TO FILE UNDER SEAL ALLIANCE'S MEMORANDUM IN SUPPORT OF ITS MOTION TO STRIKE AND TO COMPEL

Defendant Alliance Foods, Inc., ("Alliance") respectfully requests that this Court grant Alliance leave to file *under seal* its memorandum in support of its motion to strike Plaintiff Sales Resource, Inc.'s ("Resource One") "Attorney's Eyes Only" confidentiality designation from its document production and to compel Resource One to designate its documents appropriately. In support of this motion, Alliance states as follows:

1. The Protective Order issued in this case defines "Confidential, Attorney's Eyes Only" material as material of a "highly confidential nature, the disclosure of which would reasonably compromise the party's competitive standing." See Doc. 77 at p. 4.

2. Resource One labeled its entire document production to Alliance as "Confidential, Attorney's Eyes Only" under the Protective Order. Numerous documents labeled "Confidential, Attorney's Eyes Only" by Resource One are attached as exhibits to Alliance's memorandum in support.