IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SALES RESOURCE, INC., ) | |
| d/b/a RESOURCE ONE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Cause No. 4:08-cv-732 TCM |
| ) | |
| ALLIANCE FOODS, INC., ) | |
| and ) | |
| MORAN FOODS, INC., ) | |
| d/b/a SAVE-A-LOT, LTD., ) | |
| ) | |
| Defendants. ) | |

MOTION:
Granted ✓
Denied ____
Overruled ____
Date ____
ōkrw 2/4/09

## DEFENDANT ALLIANCE FOODS' MOTION TO FILE UNDER SEAL ALLIANCE'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL

Defendant Alliance Foods, Inc., ("Alliance") respectfully requests that this Court grant Alliance leave to file *under seal* its memorandum in support of its motion to compel Plaintiff Sales Resource, Inc. ("Resource One") to fully answer interrogatories, provide a signed verification of its unredacted interrogatory responses, and produce documents. In support of this motion, Alliance states as follows:

1. The Protective Order issued in this case defines "Confidential, Attorney's Eyes Only" material as material of a "highly confidential nature, the disclosure of which would reasonably compromise the party's competitive standing." See Doc. 77 at p. 4.

2. Resource One labeled its entire responses to Alliance's First Set of Interrogatories as "Confidential, Attorney's Eyes Only" under the Protective Order. These interrogatory responses are attached as exhibits to Alliance's memorandum in support.

3. While Alliance does not believe that any of the statements made in Resource One's interrogatory responses should be treated as "Confidential, Attorney's Eyes Only"