UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SALES RESOURCE, INC., d/b/a RESOURCE ONE, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 4:08CV0732 TCM |
| ALLIANCE FOODS, INC., and ) ) | |
| and ) ) | |
| MORAN FOODS, INC., d/b/a SAVE-A-LOT, LTD., ) ) ) | |
| Defendants. ) | |

MOTION:
Granted ✓
Denied ___
Overruled ___
Date 2/4/89

## PLAINTIFF SALES RESOURCE, INC., d/b/a RESOURCE ONE'S MOTION TO FILE UNDER SEAL ITS MOTION TO AMEND THE AMENDED PETITION

Plaintiff Sales Resource, Inc., d/b/a Resource One ("Resource One") respectfully requests that this Court grant Plaintiff leave to file under seal its Motion to Amend the Amended Petition and Memorandum in support thereof. In support of its motion, Plaintiff states as follows:

Attached to the Motion to Amend is a copy of the Proposed Second Amended Complaint. The Second Amended Petition contains information that was learned in discovery from reviewing documents produced by Save-A-Lot that it marked "Confidential" or "Confidential-Attorney's Eyes Only" (C/AEO), and facts learned from the deposition of Pat Ragusa, which Save-A-Lot also designated C/AEO.

WHEREFORE, Plaintiff respectfully requests that this Court GRANT Plaintiff's motion for leave to file its Motion to Amend the Amended Petition and Memorandum in support thereof under seal.