UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SALES RESOURCE, INC., d/b/a RESOURCE ONE, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 4:08CV0732 TCM |
| ALLIANCE FOODS, INC., and | ) ) ) |
| and | ) ) |
| MORAN FOODS, INC., d/b/a SAVE-A-LOT, LTD., | ) ) ) |
| Defendants. | ) |

MOTION:
Granted ✓
Denied _____
Overruled _____
Date _____
OK ☞ 2/4/09

**PLAINTIFF SALES RESOURCE, INC., d/b/a RESOURCE ONE'S
MOTION TO FILE UNDER SEAL ITS
RESPONSE TO ALLIANCE FOODS' MOTION TO COMPEL**

Plaintiff Sales Resource, Inc., d/b/a Resource One ("Resource One") respectfully requests that this Court grant Plaintiff leave to file under seal its Response to Defendant Alliance Foods, Inc.'s Motion to Compel. In support of its motion, Plaintiff states as follows:

In support of this motion, Resource One states that its memorandum and accompanying documents contain information that has been designated "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order dated August 27, 2008.

WHEREFORE, Plaintiff respectfully requests that this Court GRANT Plaintiff's motion for leave to file its Motion to Amend the Amended Petition and Memorandum in support thereof under seal.

Respectfully submitted,