# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SALES RESOURCE, INC., d/b/a RESOURCE ONE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:08cv0732 TCM<br>) |
| ALLIANCE FOODS, INC., and MORAN FOODS, INC., d/b/a SAVE-A-LOT, INC., | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

This action is before the Court on the motion of defendant Moran Foods, Inc., to dismiss all state law claims in the amended complaint or for more definite statement; on the motion of plaintiff, Sales Resource, Inc., to remand; on the motion of defendant Alliance Foods, Inc. to dismiss; on the motion of Plaintiff for leave to amend its complaint if the motion of Moran Foods, Inc., to dismiss is granted in any respect; and on the motion of Plaintiff for leave to file a second amended complaint. This latter motion is unopposed on the condition that Plaintiff redacts from the publicly-filed complaint the figures and commission percentages listed in ten paragraphs. For good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to file a second amended complaint is **GRANTED** contingent on the filing of a redacted version of the complaint. [Doc. 97]

**IT IS FURTHER ORDERED** that the motions to dismiss, the motion to remand, and the motion for leave to amend the complaint are each **DENIED** as moot. [Docs. 22, 24, 38, 44]

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of February, 2009.