# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SALES RESOURCE, INC., d/b/a RESOURCE ONE, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:08cv0732 TCM ) |
| ALLIANCE FOODS, INC., and MORAN FOODS, INC., d/b/a SAVE-A-LOT, INC., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

The parties in this action appeared before the Court this day to argue the issues raised in several motions, i.e., a motion to remove Plaintiff's "Attorney's Eyes Only" confidentiality designation on certain discovery responses [Doc. 79]; a motion to join in this first motion [Doc. 86]; a motion to compel and strike [Doc. 90]; and a second motion to compel [Doc. 93]. The parties then agreed to draft a consent order resolving all disputed issues. Accordingly,

**IT IS HEREBY ORDERED** that the above-listed motions are each **DENIED** as moot.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of February, 2009.