**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **SALES RESOURCE, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **ALLIANCE FOODS, INC.,** ) | |
| **and MORAN FOODS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ------------------------------------------------------- ) | **Case No. 4:08cv0732 TCM** |
| **HALL SALES AND MARKETING, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **ALLIANCE FOODS, INC.,** ) | |
| **and MORAN FOODS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

This matter is before the Court on the parties' motions to consolidate these two cases. [Docs. 132, 136] The parties agree that these cases should be consolidated and that one judge should preside over both cases, but disagree on whether there should be one or two trials.[1]

After reviewing the parties' pleadings and hearing their oral arguments, the Court grants, in part, the motions to consolidate, but reserves for a later time the decision whether to consolidate the cases for trial. Specifically, the motions are granted insofar as <u>Hall Sales and Marketing, Inc., v. Alliance Foods, Inc.</u>, No. 4:09cv0666 MLM, is consolidated with <u>Sales Resource, Inc. v. Alliance</u>

---

[1] Also, the parties consent to the assignment of the consolidated cases to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

Foods, Inc.</u>, No. 4:08cv0732 TCM.  All pleadings in both cases are to be filed in Case No. 4:08cv0732 TCM.  <u>See</u> E.D. Mo. L.R. 4.03.  One schedule shall govern both cases for all purposes up to trial.

    SO ORDERED.

                                           /s/Thomas C. Mummert, III
                                           THOMAS C. MUMMERT, III
                                           UNITED STATES MAGISTRATE JUDGE

Dated this <u>16th</u> day of <u>June, 2009.</u>