UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SALES RESOURCE, INC., d/b/a RESOURCE ONE, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 4:08cv0732 TCM ) |
| ALLIANCE FOODS, INC., and MORAN FOODS, INC., d/b/a SAVE-A-LOT, INC., | ) ) ) ) |
| Defendants. | ) ) |
| HALLS SALES AND MARKETING, INC., | ) ) ) |
| vs. | ) Case No. 4:09cv0666 TCM ) |
| ALLIANCE FOODS, INC., and MORAN FOODS, INC., d/b/a SAVE-A-LOT, INC., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

This action is before the Court on Defendants' joint motion to amend the scheduling order, specifically to extend eleven deadlines in that order. [Doc. 158] Plaintiffs oppose some of the extensions. After reviewing the motion and the response and after hearing the parties' arguments, the motion is **GRANTED** as to all requested extended deadlines except for the proposed deadline for the filing of *Daubert* motions. That deadline will be extended to April 15, 2010, not to May 3, 2010, as requested.

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  22nd  day of December, 2009.