# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| SALES RESOURCE, INC., d/b/a/ RESOURCE ONE, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case number 4:08cv0732 TCM |
| ALLIANCE FOODS, INC. and MORAN FOODS, INC., d/b/a SAVE-A-LOT, LTD., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| and | ) ) | |
| HALLS SALES AND MARKETING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case no. 4:09cv0666 TCM |
| ALLIANCE FOODS, INC., and MORAN FOODS, INC., d/b/a SAVE-A-LOT, LTD., | ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Counsel for all parties appeared in chambers for a status conference on December 28, 2010, and the Court entered the following order:

1. The parties shall prepare and file a five-page joint memorandum of law on the Court's jurisdiction in this case. The joint memorandum shall be filed on or before January

7, 2011, at noon.

2. The parties shall conduct Court-ordered mediation beginning January 2011. The mediator shall be former United States District Judge Stephen N. Limbaugh, Sr. The parties shall split the cost of the mediator equally (one-half Plaintiffs and one-half Defendants).

3. On June 16, 2009, [Doc. 143] the Court consolidated these cases for pre-trial matters, but withheld its ruling on consolidation for trial. Over Defendants' objection, the trial of these cases shall be consolidated.

4. The parties will be limited to five motions in limine per side.

5. **The jury trial of these consolidated cases shall begin on Monday, May 9, 2011, at 9:00 a.m.**

**A final pretrial conference with counsel is scheduled for Thursday, May 5, 2011, at 9:00 a.m. in the Court's chambers.**

Plaintiffs have advised the Court that they will complete presentation of their cases within ten days. Defendants have advised the Court that they will complete presentation of their cases within five to seven days. Each side shall have thirty minutes to give an opening statement.

SO ORDERED

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of January, 2011.